# UNITED STATES DISTRICT COURT

DISTRICT OF     CALIFORNIA

UNITED STATES OF AMERICA,
            Plaintiff,
     v.
JAVIER JAUREGUI-RUVALCABA,
            Defendant.

**APPEARANCE**

Case Number:    08MJ1516

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JAVIER JAUREGUI-RUVALCABA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/20/2008 | /s/ JOSEPH McMULLEN |
| Date | Signature |
| | Joseph McMullen / Federal Defenders of SD     246757 |
| | Print Name        Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City     State     Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number        Fax Number |

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

| | |
|---|---|
| Dated: May 20, 2008 | ____/s/  Joseph McMullen_____ <br> JOSEPH McMULLEN <br> Federal Defenders of San Diego, Inc. <br> 225 Broadway, Suite 900 <br> San Diego, CA 92101-5030 <br> (619) 234-8467  (tel) <br> (619) 687-2666  (fax) <br> e-mail: Joseph_McMullen@fd.org |